JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. KIMBREW, | CV 22-6046 PA (KSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, et al., | |
| Defendant. | |

Pursuant to the Court's December 19, 2022 Minute Order dismissing this action for failure to prosecute and failure to comply with a Court Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.


DATED:  December 19, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE